## United States Bankruptcy Court
### Western District of Oklahoma

In re   **ANGELA TAYLOR**                                              Case No.   09-13668
                                    Debtor(s)                          Chapter    7

# MOTION TO CONVERT A CASE UNDER CHAPTER 13 TO A CASE UNDER CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1.   On **07/07/2009**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2.   This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.


Date **August 20, 2012**            Signature   **/s/ ANGELA TAYLOR**
                                                ANGELA TAYLOR
                                                Debtor

Attorney   **/s/ S. RACHEL PAPPY**
           S. RACHEL PAPPY 22890

Roderick H. Polston, P.C.
2424 Springer Drive, Suite 100
Norman, OK 73069
405-801-2146
Fax: 405-801-2150
rachel@irshelpok.com