IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case no. 09-13668 |
| ANGELA MARIE TAYLOR | ) | (Chapter 13) |
| | ) | |
| Debtor. | ) | |

### NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

TO: All creditors and other parties in interest

PLEASE TAKE NOTICE that, pursuant to ' 1307(a) of the Bankruptcy Code, and Rule 1017(f), Debtor hereby converts this case from a case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code.

DATED: September 24th, 2012

/s/ S. Rachel Pappy

S. RACHEL PAPPY, OBA#22890
2424 Springer Drive, Suite 100
Norman, OK  73069
Telephone No. 405.801.2146
Facsimile No. 405.801.2150
Email rachel@irshelpok.com

ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September 2012, a true and correct copy of the Debtor's Notice of Conversion from Chapter 13 to Chapter 7 was electronically served using the CM/ECF system.

/s/ S. RACHEL PAPPY